

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00502-CV

Dennis Raul **DORADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2006EM502075
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 27, 2013

DISMISSED

Dennis L. Dorado, appearing pro se, appeals the trial court's judgment signed June 19, 2013.  After the record was filed, this court notified Dorado his appellant's brief was due October 14, 2013.  Neither the brief nor a motion for extension of time was filed.  On October 28, 2013, we ordered Dorado to file, not later than November 7, 2013, his appellant's brief and a written response reasonably explaining his failure to timely file the brief.  We advised Dorado that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may

dismiss appeal because appellant has failed to comply with a court order within the time provided). Dorado has not filed a brief or the written response ordered by the court. We therefore dismiss this appeal.

PER CURIAM